RECEIVED
IN LAKE CHARLES, LA

AUG 21 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH JORDAN, JR.** | * | **CIVIL ACTION NO. 2:13-CV-3294** |
| | * | |
| **Petitioner** | * | |
| | * | **SECTION P** |
| **V.** | * | |
| | * | |
| **UNKNOWN** | * | **JUDGE PATRICIA MINALDI** |
| | * | |
| **Respondent** | * | |
| | * | **MAG. JUDGE KATHLEEN KAY** |

**************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the petitioner's Objections [Doc. 6], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for *habeas corpus* be and hereby is **DENIED**, and the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this _19_ day of ___August___, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE